UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENARIK BIGLARI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TARGET CORPORATION and DOES 1 to 20, inclusive,<br><br>　　　　Defendant(s). | Case No.: 2:19-cv-07610-JAK-MRWx<br><br>**ORDER RE STIPULATION BETWEEN THE PARTIES AND [PROPOSED] ORDER TO: (1) REMAND ACTION FROM FEDERAL COURT TO STATE COURT; AND (2) LIMIT PLAINTIFF'S AVAILABLE RECOVERY TO $74,999.00 (DKT. 13)**<br><br>**JS-6** |

Based on a review of the Stipulation Between the Parties and [Proposed] Order to: (1) Remand Action from Federal Court to State Court; and (2) Limit Plaintiff's Available Recovery to $74,999.00 (("Stipulation"), Dkt. 13), good cause has been shown. The Stipulation is **GRANTED** as follows:

    i.    The matter is remanded to the Los Angeles County Superior Court, Stanley Mosk Courthouse, 111 North Hill Street, Los Angeles, CA 90012, as Case No. 19STCV26393.

    ii.    The parties shall file a copy of the Stipulation and this Order with the Los Angeles County Superior Court within two weeks of the entry of this order.

    iii.    Plaintiff shall not collect more than the maximum agreed-upon dollar figure of $74,999.00 in this matter, excluding interest and costs.

IT IS SO ORDERED.

Dated: September 27, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE